```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
SIM WILLIAMS,                           :
                        Plaintiff,      :
                                        :      08 Civ. 9630 (DLC)
            -v-                         :
                                        :         ORDER OF
THE CITY OF NEW YORK, et al.,           :      DISCONTINUANCE
                        Defendants.     :
----------------------------------------X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action be, and hereby is, discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

SO ORDERED:

Dated:   New York, New York
         September 1, 2009

                                    _____
                                            DENISE COTE
                                    United States District Judge